# United States Court of Appeals for the Federal Circuit

---

**AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, MOCHIDA PHARMACEUTICAL CO., LTD.,**
*Plaintiffs-Appellants*

**v.**

**HIKMA PHARMACEUTICALS USA INC., HIKMA PHARMACEUTICALS PLC,**
*Defendants-Appellees*

**HEALTH NET LLC,**
*Defendant*

---

2023-1169

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-01630-RGA-JLH, Judge Richard G. Andrews.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

June 25, 2024
Date

Jarrett B. Perlow
Clerk of Court