

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 6, 2024

2023-1169 - Amarin Pharma, Inc. v. Hikma Pharmaceuticals USA Inc.

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance; Motion for Leave to File Amicus Brief) submitted by Association for Accessible Medicines is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

**Entry of Appearance**

- Non-government principal counsel may only withdraw from a case through filing a motion and obtaining leave of court. Fed. Cir. R. 47.3(c).

- Only one attorney may serve as principal counsel for each party. Fed. Cir. R. 47.3(b)(1).

**Proposed Amicus Brief**

- The brief does not include a statement regarding authorship and funding. Fed. R. App. P. 29(a)(4)(E).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: M. Hull, Deputy Clerk