# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 6, 2026

Clerk
United States Court of Appeals
for the Federal Circuit
Howard T. Markey Courts Bldg.
717 Madison Place, NW
Washington, DC 20439-3045

**Re: Hikma Pharmaceuticals, et al.
v. Amarin Pharma, Inc., et al.
No. 24-889 (Your docket No. 2023-1169)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc: All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 6, 2026

Mr. Charles Bennett Klein, Esq.
Winston Taylor LLP
1901 L Street NW
Washington, D.C. 20036

Mr. Michael Robert Huston, Esq.
Perkins Coie LLP
700 Thirteenth St. NW
Suite 800
Washington, D.C. 20005

**Re: Hikma Pharmaceuticals, et al.**
**v. Amarin Pharma, Inc., et al.**
**No. 24-889**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Clerk's Costs:** | **$300.00** |
| **Printing Costs:** | **$6,553.00** |
| **Total:** | **$6,853.00** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc: Clerk, Fed. Cir.
(Your docket No. 2023-1169)

# Supreme Court of the United States

**No. 24–889**

**HIKMA PHARMACEUTICALS USA INC., ET AL.,**

Petitioners,

***v.***

**AMARIN PHARMA, INC., ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Federal Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed, and the case is remanded to the United States Court of Appeals for the Federal Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Hikma Pharmaceuticals USA Inc., et al., recover from Amarin Pharma, Inc., et al., Six Thousand Eight Hundred Fifty-Three Dollars for costs herein expended.

June 4, 2026

| | |
|---|---|
| **Clerk's Costs:** | **$300.00** |
| **Printing Costs:** | **$6,553.00** |
| **Total:** | **$6,853.00** |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States